IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DEBORAH J. OSBORNE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. CIV-14-824-M |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On May 29, 2015, United States Magistrate Judge Charles B. Goodwin issued a Report and Recommendation in this action in which plaintiff seeks judicial review of the final decision of defendant Commissioner of Social Security Administration. The Magistrate Judge recommended that this action be dismissed under Federal Rule of Civil Procedure 4(m) without prejudice to refiling. Plaintiff was advised of her right to object to the Report and Recommendation by June 12, 2015. A review of the file reveals plaintiff has filed no objection.

Upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 13] issued by the Magistrate Judge on May 29, 2015; and

(2) DISMISSES this action under Federal Rule of Civil Procedure 4(m) without prejudice to refiling.

**IT IS SO ORDERED this 16th day of June, 2015.**

/s/ Vicki Miles-LaGrange
VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE